THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB Y. WILKINS, Respondent, *v.* M. ASCHER SILK CORPORATION et al., Appellants.

*Corporations — directors — right of director to examine books of corporation.*

*People ex rel. Wilkins* v. *Ascher Silk Corpn.*, 207 App. Div. 168, affirmed.

(Argued January 7, 1924; decided February 19, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 19, 1923, which reversed as matter of law an order of Special Term denying a motion for a peremptory order of mandamus to compel defendants to give to relator, as a director of the defendant corporation, access to and the right to inspect its books and records, and granted said motion.

The Appellate Division held that relator, as a director, had an absolute right to examine the books of the corporation.

*A. S. Gilbert, Francis Gilbert* and *Jerome E. Malino* for appellants.,

*Joseph J. Corn* and *Bernard H. King* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., CRANE and ANDREWS, JJ.